IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WESLEY JOE COSBY, # 286132,　　　)
　　　　　　　　　　　　　　　　　)
　　　Petitioner,　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　v.　　　　　　　　　　　　　　　) CASE NO.: 3:17-CV-558-WKW
　　　　　　　　　　　　　　　　　)　　　　　[WO]
KARLA JONES and　　　　　　　　　)
STEVEN T. MARSHALL, the Attorney )
General for the State of Alabama, )
　　　　　　　　　　　　　　　　　)
　　　Respondents.　　　　　　　　)

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 10.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED;

2. Petitioner's petition for habeas corpus relief (Doc. # 1) is DENIED; and

3. This case is DISMISSED without prejudice to allow Petitioner an opportunity to exhaust available state-court remedies.

A separate final judgment will be entered.

DONE this 8th day of November, 2017.

　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE